

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        Amy Powell v. USAA Casualty Insurance Co.

Appellate case number:     01-19-00308-CV

Trial court case number:    2017-22800

Trial court:                157th District Court of Harris County

Date motion filed:          April 28, 2021

Party filing motion:        Appellant

      It is ordered that the motion for rehearing is **denied**. *See* TEX. R. APP. P. 49.1, 49.3.


Judge's signature:   /s/  April L. Farris
                ☐ Acting individually    ☑ Acting for the Court


Panel consists of Chief Justice Radack and Justices Goodman and Farris.


Date: June 3, 2021